| | |
|---|---|
| 1 | David M. Lilienstein (State Bar No. 218923) |
| | DL LAW GROUP |
| 2 | 345 Franklin St. |
| | San Francisco, California 94102 |
| 3 | Telephone: (415) 678-5050 |
| | Facsimile:  (415) 358-8484 |
| 4 | E-mail:  david@dllawgroup.com |
| 5 | Attorney for Plaintiff, |
| | HEATHER CHALFANT |
| 6 | |
| 7 | J. Russell Stedman (117130) |
| | rstedman@bargerwolen.com |
| 8 | BARGER & WOLEN LLP |
| | 650 California Street, 9th Floor |
| 9 | San Francisco, California 94108 |
| | Telephone: (415) 434-2800 |
| 10 | Facsimile: (415) 434-2533 |
| 11 | Attorneys for Defendant |
| | UNITED OF OMAHA LIFE |

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HEATHER CHALFANT, | Case No.  CV 13-03753 SC |
| Plaintiff, | |
| | **STIPULATION OF DISMISSAL** |
| v. | **OF ENTIRE ACTION WITH** |
| | **PREJUDICE;** ~~**PROPOSED**~~ |
| UNITED OF OMAHA LIFE INSURANCE | **ORDER THEREON** |
| COMPANY, DEALEY RENTON & | |
| ASSOCIATES INSURANCE BROKERS INC. | Complaint Filed: August 13, 2013 |
| LONG-TERM DISABILITY PLAN, and DOES | |
| 1 through 10, | Judge: Honorable Samuel Conti |
| Defendants. | |

DL LAW GROUP
_____
345 Franklin St
San Francisco, CA 94102
Tel: 415-678-5050
Fax: 415-358-8484

**TO THE COURT AND TO THE PARTIES IN THIS ACTION:**

PLEASE TAKE NOTICE that Plaintiff HEATHER CHALFANT and Defendant UNITED OF OMAHA LIFE INSURANCE COMPANY, et al., through their respective attorneys of record, have reached settlement on all issues raised in this matter, and that the above-entitled action, and all claims for relief therein, shall be dismissed with prejudice pursuant to Federal Rule of Civil Procedure 41(a), with each party to bear its own costs and attorneys' fees.

November 25, 2013

          Respectfully submitted,

          DL LAW GROUP

          By:    /s/ David Lilienstein
               David M. Lilienstein, Esq.
               Attorneys for Plaintiff, HEATHER CHALFANT

November 25, 2013

          BARGER & WOLEN LLP

          By:    /s/ Russell Stedman
               J. RUSSELL STEDMAN
               BRENDAN V. MULLAN
               Attorneys for Defendant
               UNITED OF OMAHA LIFE INSURANCE COMPANY

**DL LAW GROUP**
―――――
345 Franklin St
San Francisco, CA 94102
Tel: 415-678-5050
Fax: 415-358-8484

1
**STIPULATION OF DISMISSAL AND [PROPOSED] ORDER**     Case No. CV 13-03753 SC

1

**[~~PROPOSED~~] ORDER**

2  The parties having stipulated that the above-entitled action, and all claims for

3 relief therein, shall be dismissed with prejudice pursuant to Federal Rule of Civil

4 Procedure 41(a), with each party to bear its own costs and attorneys' fees.

5

6 Dated: _____12/02_____, 2013



7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

**DL LAW GROUP**
———
345 Franklin St
San Francisco, CA
94102
Tel: 415-678-5050
Fax: 415-358-8484

23

24

25

26

27

28

2
**STIPULATION OF DISMISSAL AND [PROPOSED] ORDER**     Case No. CV 13-03753 SC