1  David M. Lilienstein (State Bar No. 218923)
   DL LAW GROUP
2  345 Franklin St.
   San Francisco, California 94102
3  Telephone: (415) 678-5050
   Facsimile:  (415) 358-8484
4  E-mail:  david@dllawgroup.com

5  Attorney for Plaintiff,
   HEATHER CHALFANT

6

7  J. Russell Stedman (117130)
   rstedman@bargerwolen.com
8  BARGER & WOLEN LLP
   650 California Street, 9th Floor
9  San Francisco, California 94108
   Telephone: (415) 434-2800
10 Facsimile: (415) 434-2533

11 Attorneys for Defendant
   UNITED OF OMAHA LIFE

12

### UNITED STATES DISTRICT COURT

### NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HEATHER CHALFANT, | Case No.  CV 13-03753 SC |
| Plaintiff, | |
| v. | **STIPULATION OF DISMISSAL OF ENTIRE ACTION WITH PREJUDICE;** ~~PROPOSED~~ **ORDER THEREON** |
| UNITED OF OMAHA LIFE INSURANCE COMPANY, DEALEY RENTON & ASSOCIATES INSURANCE BROKERS INC. LONG-TERM DISABILITY PLAN, and DOES 1 through 10, | Complaint Filed: August 13, 2013 |
| Defendants. | Judge: Honorable Samuel Conti |

**DL LAW GROUP**
_____
345 Franklin St
San Francisco, CA 94102
Tel: 415-678-5050
Fax: 415-358-8484

---

**STIPULATION OF DISMISSAL AND [PROPOSED] ORDER**   Case No. CV 13-03753 SC

**TO THE COURT AND TO THE PARTIES IN THIS ACTION:**

PLEASE TAKE NOTICE that Plaintiff HEATHER CHALFANT and Defendant UNITED OF OMAHA LIFE INSURANCE COMPANY, et al., through their respective attorneys of record, have reached settlement on all issues raised in this matter, and that the above-entitled action, and all claims for relief therein, shall be dismissed with prejudice pursuant to Federal Rule of Civil Procedure 41(a), with each party to bear its own costs and attorneys' fees.

November 25, 2013

                                          Respectfully submitted,

                                          DL LAW GROUP

                                          By:    /s/ David Lilienstein
                                                     David M. Lilienstein, Esq.
                                                     Attorneys for Plaintiff, HEATHER CHALFANT

November 25, 2013

                                        BARGER & WOLEN LLP

                                        By:    /s/ Russell Stedman
                                                   J. RUSSELL STEDMAN
                                                   BRENDAN V. MULLAN
                                                   Attorneys for Defendant UNITED OF OMAHA LIFE INSURANCE COMPANY

**DL LAW GROUP**
―――――
345 Franklin St
San Francisco, CA 94102
Tel: 415-678-5050
Fax: 415-358-8484

1    **[PROPOSED] ORDER**

2        The parties having stipulated that the above-entitled action, and all claims for

3    relief therein, shall be dismissed with prejudice pursuant to Federal Rule of Civil

4    Procedure 41(a), with each party to bear its own costs and attorneys' fees.

5

6    Dated: _____12/02_____, 2013



**DL LAW GROUP**

345 Franklin St
San Francisco, CA 94102
Tel: 415-678-5050
Fax: 415-358-8484